UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OSCAR A. LOPEZ,<br><br>               Plaintiff,<br><br>      v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>              Defendant. | No. 2:22-cv-01962-JDE<br><br>ORDER AWARDING ATTORNEY<br>FEES UNDER THE EQUAL<br>ACCESS TO JUSTICE ACT,<br>28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation (Dkt. 22), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $5,500.00 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: March 31, 2023

_____
JOHN D. EARLY
United States Magistrate Judge